# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103
## ken@kjmontgomerylaw.com

June 1, 2022

**BY ECF**
The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *United States v. Lamont Johnson*, 19 Cr. 221 (RJD)

Your Honor:

      The parties will be presenting the following witnesses for tomorrow's hearing: 1) Rashawn Johnson, 2) Brandon Holmes, and 3) Robert Rose.

*Kenneth J. Montgomery*

    /s/
Kenneth J. Montgomery